UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA.
99 SEP -1 PM 4:39
RICHARD T. MARTIN
CLERK

| | |
|---|---|
| ABDUL QADER MIZYED | CIVIL ACTION |
| VERSUS | NUMBER: 99-733-B-M1 |
| ARGOSY OF LOUISIANA, INC. FORMERLY DBA THE BELLE OF BATON ROUGE CASINO, CITY OF BATON ROUGE AND JOHN GONZALES | SECTION: <br> MAGISTRATE: |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. Section 1441, defendants, Catfish Queen Partnership in Commendam, (erroneously referred to in the petition as Argosy of Louisiana, Inc. formerly d/b/a The Belle of Baton Rouge Casino), John Gonzales and the City of Baton Rouge (incorrectly cited as "Baton Rouge City Police Department"), a municipal corporation of the State of Louisiana, remove this matter to the United States District Court for the Middle District of Louisiana on the following grounds:

1.

Petitioner, Abdul Qader Mizyed, instituted proceedings styled "Abdul Qader Mizyed v. Argosy of Louisiana, the City of Baton Rouge and John Gonzales", bearing Civil Action No. 462,935, Div. "J", on the docket of the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana.

2.

Copies of all documents that petitioner filed with the Louisiana 19th Judicial District Court are attached hereto, and made a part hereof.



DATE: 09/01/99    DEPUTY CLERK: NL

3.

The City of Baton Rouge and John Gonzales were served with the petition for damages on or about August 3, 1999. This removal falls within the thirty day limits provided by 28 U.S.C. Section 1446.

4.

Petitioner's suit is in the nature of a civil rights action pursuant to 42 U.S.C. 1983 et seq. In fact, petitioner, in paragraph 12 of the petition, specifically alleges that he is entitled to recover for the violation of his federal civil rights:

"The damages, injuries and violation of the Civil Rights (sic) sustained by the petitioner were caused solely by the negligence of defendant (sic) in the following particulars:... f. Defendants violated the Federal and State Civil Rights (sic) of petitioner,..."

5.

This Court has jurisdiction over this matter pursuant to 28 U.S.C. 1331. Venue is proper pursuant to 28 U.S.C. Sections 1391, 1443, and 1446.

RESPECTFULLY SUBMITTED:

JOHN MICHAEL PARKER (#10321)
JOHN STONE CAMPBELL, III (#23674)
Taylor, Porter, Brooks & Phillips
451 Florida St., 8th Floor
P.O. Box 2471
Baton Rouge, LA 70821-2471
Telephone: 225/387-3221
Attorney for Catfish Queen
Partnership in Commendam

JAMES L. HILBURN, T.A. (#20221)
Special Assistant Parish Attorney
10500 Coursey Blvd. Suite 205
Baton Rouge, LA 70816
Telephone: 225/389-8730
Attorney for City of Baton Rouge and
John Gonzales

## CERTIFICATE

I hereby certify that a copy of the above and foregoing pleading has been mailed, postage prepaid to, Kevin Patrick Monahan, Attorney at Law, 12016 Justice Avenue, Baton Rouge, Louisiana 70816.

Baton Rouge, Louisiana, this \_\_\_1st\_\_\_ day of September, 1999.

_____
James L. Hilburn

NINETEENTH JUDICIAL DISTRICT COURT
PARISH OF EAST BATON ROUGE
STATE OF LOUISIANA

ABDUL QADER MIZYED	SUIT NO.: 462,935  DIV: J

VERSUS	9TH JUDICIAL DISTRICT COURT

	PARISH OF EAST BATON ROUGE
ARGOSY OF LOUISIANA, INC.
FORMERLY DBA THE BELLE OF
BATON ROUGE CASINO, ET AL	STATE OF LOUISIANA

**DEFENDANTS' NOTICE OF FILING OF NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that defendants, Catfish Queen Partnership in Commendam, (erroneously referred to in the petition as Argosy of Louisiana, Inc. formerly d/b/a The Belle of Baton Rouge Casino), the City of Baton Rouge (incorrectly cited as Baton Rouge City Police Department) and John Gonzales, have this date filed a Notice of Removal, a copy of which is attached hereto, in the Office of the Clerk of the United States District Court for the Middle District of Louisiana, pursuant to the provisions of 28 U.S.C. Section 1446.

RESPECTFULLY SUBMITTED:

JOHN MICHAEL PARKER (#10321)	JAMES L. HILBURN, T.A. (#20221)
JOHN STONE CAMPBELL (#23674)	Special Assistant Parish Attorney
Taylor, Porter, Brooks & Phillips	10500 Coursey Blvd., Suite 205
451 Florida St., 8th Floor	Baton Rouge, LA 70816
P.O. Box 2471	Telephone: 225/389-8730
Baton Rouge, LA 70821-2471	Attorney for City of Baton Rouge and
Attorney for Catfish Queen	John Gonzales
Partnership in Commendam
Telephone: 225/387-3221

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing notice has been served upon counsel for all pertinent parties by mailing same to each, properly addressed and postage prepaid to Kevin Patrick Monahan, Attorney at Law, 12016 Justice Avenue, Baton Rouge, Louisiana 70816.

BATON ROUGE, LOUISIANA, this 1st day of September, 1999.

JAMES L. HILBURN

| | | |
|---|---|---|
| ABDUL QADER MIZYED | NUMBER 46,935 | ; DIVISION |
| VERSUS | | 19TH JUDICIAL DISTRICT COURT |
| ARGOSY OF LOUISIANA, INC. FORMERLY D/B/A THE BELLE OF BATON ROUGE CASINO; CITY OF BATON ROUGE AND JOHN GONZALES | | PARISH OF EAST BATON ROUGE STATE OF LOUISIANA |

**PETITION FOR DAMAGES**

The petition of ABDUL QADER MIZYED, a resident of the full age of majority of the Parish of East Baton Rouge, respectfully represents that:

I.

Made defendants herein are ARGOSY OF LOUISIANA, INC., a domestic corporation licensed to do and doing business in the State of Louisiana with John Campbell, Jr., as its authorized agent for service of process; BATON ROUGE CITY POLICE DEPARTMENT, a Governmental entity doing business in the State of Louisiana, Parish of East Baton Rouge with Tom Ed McHugh as its duly authorized agent for service of process in all suits against it in this State; and, JOHN GONZALES, a resident of the full age of majority of the Parish of East Baton Rouge.

II.

Defendants are justly and truly indebted unto your petitioners, in solido, in the full and true sum to be set by a District Court together with legal interest from the date of demand until paid and for all costs of these proceedings including expert witness fees for reasons more fully explained hereinafter.

III.

On or about July 27, 1998, your petitioner, Abdul Qader Mizyed, after working at his place of employment he proceeded to the Belle of Baton Rouge Casino to participate in gaming activities and cash in a quantity of coins.

IV.

Your petitioner, Abdul Qader Mizyed, had in his possession a generic bank bag which contained these U.S. coins which were proceeds from his employment and he was at the casino "change" counter attempting to obtain cash for enjoyment and gaming activities.

V.

As your petitioner was waiting for the clerk to complete the aforementioned transaction, an official for the Belle of Baton Rouge Casino advised petitioner that he had "won a free meal" and requested that petitioner follow him to a room to obtain his gift.

VI.

Upon present understanding and belief it is alleged that an official from the Belle of Baton Rouge called the two officers from the Baton Rouge City Police Department, Officer John Gonzales and Officer Dwayne Stroughter, stating that petitioner was a burglary/robbery suspect that had stolen coins from a bail bondsman's house.

VII.

As your petitioner entered the office to obtain his "free meal" paperwork, suddenly and without warning, two Baton Rouge City Police Officers entered the room, detained petitioner Abdul Qader Mizyed without reasonable suspicion or probable cause; arrested petitioner without probable cause; confiscated his money and transported him to Plank Road Substation in Baton Rouge, Louisiana for booking and processing

VIII.

During the process of the booking at Plank Road Substation, petitioner was maced, punched about the body, kicked and beaten unmercifully about his head by Officer Gonzales.

IX.

Petitioner has been under the care and treatment of Dr. Thomas Perone, a neurosurgeon in Baton Rouge, Louisiana, for one year with a diagnosis of post concussion syndrome.

X.

That at all relevant times, defendants, John Gonzales and Dwayne Stroughter were officers with the Baton Rouge City Police Department, assigned to the 1st District Precinct. At all relevant times, they were acting in such capacity as the agent, servant and employee of the Baton Rouge City Police Department, and within the course and scope of their employment. Thus the doctrine of Respondent Superior applies to the Baton Rouge City Police Department, and the City of Baton Rouge.

XI.

Upon present understanding and discovery, it is alleged that defendant, Argosy of Louisiana, Inc., formerly doing business as the Belle of Baton Rouge Casino, was insured at the time of the aforementioned acts of false imprisonment.

XII.

The damages, injuries and violation of the Civil Rights sustained by the petitioner were caused solely by the negligence of defendant in the following particulars:

   a. Defendants subjected petitioner to false arrest and false imprisonment;
   b. Defendants executed a warrantless search and seizure of petitioner;
   c. Defendants indiscriminately arrested petitioner and detained petitioner without probable cause;
   d. Defendants had no probable cause for the search, seizure and arrest involving petitioner;
   e. Defendants used excessive and brutal force on petitioner;
   f. Defendants violated the Federal and State Civil Rights of petitioner; and,
   g. Defendants pursued their wrongful search, seizure and arrest knowing no emergency existed, no exigent circumstances existed and no probable cause existed.

XIII.

Upon information and belief, defendants, City of Baton Rouge, Baton Rouge City Police Department, were aware of the vicious propensities toward abuses of authority by these officers but took no steps to train police personnel, correct their abuses of authority, nor discourage their unlawful use of authority.

XIV.

The alleged actions and omissions were committed under the color of state authority by the defendant, including defendant, City of Baton Rouge, Baton Rouge City Police Department, sued as a person, responsible because of its authorization, condonation, and ratification thereof for the acts of its agents which deprived the petitioner of his rights.

The acts and conduct hereinbefore alleged constitute violations of Louisiana State Constitutional Rights, Article 1, Section 2 - Due Process of Law; Section 3 - Rights to individual Dignity; Section 4 - Right to property; Section 5 - Right to Privacy; Section 20 - Right to Humane Treatment; and, Section 24 - Unenumerated Rights, false imprisonment and assault and battery, under LSA-R.S. Civil Code Article 2315; and, under Mental Health Violations, LSA-R.S. 28:53(k), all under the laws of the State of Louisiana.

XV.

Your petitioner, Abdul Qader Mizyed itemizes his damages as follows:

1. Mental anguish and suffering;

2. Physical pain and suffering; and,

3. Medical expenses, past, present and future;

4. Permanent disfigurement and disability;

5. Loss of economic income opportunity;

6. Bank bag of coins; and,

7. Reasonable attorney's fees.

**WHEREFORE**, your petitioner prays that a copy of this petition be served upon the defendants; that after all due proceedings and delays had there be judgment in favor of your petitioners and against the defendants, Argosy of Louisiana, Inc., formerly D/B/A the Belle of Baton Rouge Casino; Baton Rouge City Police Department; and John Gonzales, in solido, in the full and true sum to be set by a District Court together with legal interest from the date of demand until paid and for all costs of these proceedings including expert witness fees.

Respectfully Submitted

KEVIN PATRICK MONAHAN
12016 Justice Avenue
Baton Rouge, Louisiana 70816
Telephone: (504) 291-4010
Bar Roll Number: 01978

KEVIN PATRICK MONAHAN

PLEASE SERVE:

**BATON ROUGE CITY POLICE DEPARTMENT**
Through Their Agent for Service of Process
Mayor Tom Ed McHugh
Baton Rouge, Louisiana

**ARGOSY OF LOUISIANA, INC.**
**D/B/A BELLE OF BATON ROUGE CASINO**
Through Their Agent for Service of Process
John Campbell, Jr.
451 Florida Street, 8th Floor
Baton Rouge, Louisiana 70801

**OFFICER JOHN GONZALES**
704 Mayflower
Baton Rouge, Louisiana

CERTIFIED
TRUE COPY

SEP 0 1 1999

BY _____
DEPUTY CLERK

9 [illegible] 7 [illegible] 0 0 [illegible] 5 8 [illegible] 0

CITATION

[illegible] (Civil Services)

[illegible] Plaintiff
v.
[illegible] Defendant

[illegible]
19th Judicial District Court
Parish of East Baton Rouge
State of Louisiana

[illegible] of Louisiana, Inc.
d/b/a [illegible] of Baton Rouge Casino
through their agent for service of process
John [illegible], Jr., [illegible] Florida Street, [illegible] Floor
Baton Rouge, LA 70801

YOU HAVE BEEN SUED.

Attached to this citation is a certified copy of the petition.* The petition tells you what you are being sued for.

You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, [illegible] St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice. This citation was requested by attorney KEVIN PATRICK MONAHAN ESQ for litigant ABDUL GADER MIZYED.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on the 29th day of July, 1999.

By: ______________________
Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Also attached are the following documents:
Petition for Damages

SERVICE INFORMATION

Received on the ______ day of ______________, 19____ and on the ______ day of ______________, 19____, served the above named party as follows:

PERSONAL SERVICE: on the party herein named ______________________________.

DOMICILIARY SERVICE: on the within named ______________________, by leaving the same at his domicile in this parish in the hands of ______________________, a person of suitable age and discretion residing in said domicile. ______________________________.

SECRETARY OF STATE: by tendering same to the within named, [illegible] ______________________________.

[illegible]: [illegible] ______________________________ [illegible]

[illegible] ______________________________ [illegible] ______________

SERVICE $ __________
MILEAGE $ __________
TOTAL $ __________

______________________________
DEPUTY SHERIFF
[illegible] East Baton Rouge [illegible]

9 0 7 5 0 0 5 8 0 1

CITATION

(Long Form Service)

[Plaintiff / Defendant caption — illegible]

TO: [Baton Rouge] City Police Department
Through their Agent for Service of Process
[address illegible]
Baton Rouge, LA

YOU HAVE BEEN SUED.

Attached to this citation is a certified copy of the petition. The petition tells you what you are being sued for.

You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice. This citation was requested by Attorney KEVIN PATRICK MONAHAN ESQ for litigant ABDUL QADER MIZYED.

This citation was issued by the Clerk of Court for East Baton Rouge Parish, on the 28th day of July, 1999.

By: _____
Deputy Clerk of Court for
Doug Welborn, Clerk of Court

And attached are the following documents:
Petition for Damages

SERVICE INFORMATION

Received on the _____ day of _____, 19__, and on the _____ of _____, _____, served the above named party as follows:

PERSONAL SERVICE: On the party herein named _____.

DOMICILIARY SERVICE: On the within named _____ by leaving the same at his domicile in the Parish of _____ in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.

DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED:
Parish of _____
this _____ day of _____, 19__
_____
Deputy Sheriff

Service   $ _____
Mileage   $ _____
Total     $ _____

CITATION

*[illegible caption and parties]*

...

You have been sued.

Attached to this citation is a certified copy of the petition. The petition tells you what you are being sued for.

You must either do what the petition asks or, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice. This citation was requested by Attorney KEVIN PATRICK MONAHAN ESQ for litigant ABDUL CADER MIZYED.

This citation was issued by the Clerk of Court for East Baton Rouge, Louisiana, on the 29th day of July, 1999.

                                        By: _____
                                            Deputy Clerk of Court for
                                            Doug Welborn, Clerk of Court

Attached are the following documents:
Petition for Damages

SERVICE INFORMATION

*[illegible service return section]*

```
                    9 0 8 0 3 2 2 9 3 0 0           86250
                              CITATION
```

Form C 1002 (Mail Service)

```
ABDUL CADER MIZYED                         No: C 462935 Div: J
    vs                Plaintiff           19th JUDICIAL DISTRICT COURT
ARGOSY OF LOUISIANA, INC., FORMERLY C/B/A   PARISH OF EAST BATON ROUGE
THE BELLE OF BATON ROUGE CASINO, ET AL      STATE OF LOUISIANA
                       Defendant
```

**FILED**
AUG 02 1999
DEPUTY CLERK OF COURT

To: Baton Rouge City Police Department
    through their Agent for service of process
    Mayor Tom Ed McHugh
    Baton Rouge, LA

YOU HAVE BEEN SUED.

Attached to this citation is a certified copy of the petition.* The petition tells you what you are being sued for.

You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice. This citation was requested by attorney KEVIN PATRICK MONAHAN ESQ for litigant ABDUL CADER MIZYED.

This citation was issued by the Clerk of Court for East Baton Rouge Parish, on the 29th day of July, 1999.

By: _____
    Deputy Clerk of Court for
    Doug Welborn, Clerk of Court

* Also attached are the following documents:
    Petition for Damages

## SERVICE INFORMATION

Received on the ___ day of August, 1999 and on the ___ day of August, 1999, served the above named party as follows:

**PERSONAL SERVICE:** on the party herein named
at 222 St. Louis St.

**DOMICILIARY SERVICE:** on the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in said domicile.

**SECRETARY OF STATE:** by tendering same to the within named, by handing same _____.

**NOT SO DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of _____, this ___ day of _____, 19___.

SERVICE: $_____
MILEAGE: $_____        _____
TOTAL:   $_____        Deputy Sheriff
                         Parish of East Baton Rouge, Louisiana

9037620201

86249

CITATION

Form C 1002 (Mail Service)

ABDUL CADER MIZYED
vs                                    Plaintiff

BRASSYLIE LOUISIANA, INC., ET AL
                                      Defendant

No: C 462935 Div: J
19th JUDICIAL DISTRICT COURT
PARISH OF EAST BATON ROUGE
STATE OF LOUISIANA

TO:  Officer John Gonzales
     704 Mayflower
     Baton Rouge, LA

**FILED**
AUG 04 1999
DEPUTY CLERK OF COURT

YOU HAVE BEEN SUED.

Attached to this citation is a certified copy of the petition.* The petition tells you what you are being sued for.

You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice. This citation was requested by attorney KEVIN PATRICK MONAHAN ESQ for litigant ABDUL CADER MIZYED.

This citation was issued by the Clerk of Court for East Baton Rouge Parish, on the 29th day of July, 1999.

By: _____
    Deputy Clerk of Court for
    Doug Welborn, Clerk of Court

* Also attached are the following documents:
  Petition for Damages

SERVICE INFORMATION

Received on the ____ day of August, 1999 and on the 3 day of August, 1999, served the above named party as follows:

PERSONAL SERVICE: on the party herein named _____

DOMICILIARY SERVICE: on the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in said domicile at _____.

SECRETARY OF STATE: by tendering same to the within named, by handing same to _____.

DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of _____, this ____ day of _____, 19___.

SERVICE: _____
MILEAGE: _____
TOTAL:   _____

_____
Deputy Sheriff
Parish of East Baton Rouge, Louisiana

775

86252

CITATION

Form C 1002 (Mail Service)

ABDUL CADER MIZYED
                                                      No: C 462935 Div: J
vs                              Plaintiff            19th JUDICIAL DISTRICT COURT
ARGOSY OF LOUISIANA, INC., FORMERLY D/B/A             PARISH OF EAST BATON ROUGE
THE BELLE OF BATON ROUGE CASINO, ET AL                STATE OF LOUISIANA
                                Defendant

TO:  Argosy of Louisiana, Inc.
     d/b/a Belle of Baton Rouge Casino
     through their agent for service of process
     John Campbell, Jr., 451 Florida Street, 7th Floor
     Baton Rouge, LA 70801

YOU HAVE BEEN SUED.

Attached to this citation is a certified copy of the petition.* The petition tells you what you are being sued for.

You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice. This citation was requested by attorney KEVIN PATRICK MONAHAN ESQ for litigant ABDUL CADER MIZYED.

This citation was issued by the Clerk of Court for East Baton Rouge Parish, on the 29th day of July, 1999.

**FILED**
AUG 0 5 1999

_Sharon Uto_                    By: _____
DEPUTY CLERK OF COURT                Deputy Clerk of Court for
                                     Doug Welborn, Clerk of Court

* Also attached are the following documents:
  Petition for Damages

SERVICE INFORMATION

Received on the __30__ day of __July__, 19__99__ and on the __3__ day of __Aug__, 19__99__, served the above named party as follows:

PERSONAL SERVICE: on the party herein named at __451 Fla__.

DOMICILIARY SERVICE: on the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in said domicile at _____.

SECRETARY OF STATE: by tendering same to the within named, by handing same to _____.

DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of _____, this _____ day of _____, 19____.

SERVICE: $_____
MILEAGE: $_____                    _____
TOTAL:   $_____                    Deputy Sheriff
                                       Parish of East Baton Rouge, Louisiana

# TAYLOR, PORTER, BROOKS & PHILLIPS, L.L.P.

| | | | | |
|---|---|---|---|---|
| WILLIAM H. McCLENDON III | JOHN ASHLEY MOORE | **ATTORNEYS AT LAW** | T. MacDOUGALL WOMACK | AMY GROVES LOWE |
| WILLIAM SHELBY McKENZIE | EDWIN W. FLESHMAN | *Founded 1912* | DAVID M. BIENVENU, JR. | KATHERINE B. MUSLOW |
| JOHN S. CAMPBELL, JR. | VICKI M. CROCHET | | MATTHEW J. RANDAZZO III | WM. ALAN MILLER |
| ROBERT H. HODGES | HARRY J. PHILIPS, JR. | POST OFFICE BOX 2471 | DAVID J. SHELBY II | TAMARA D. SIMIEN |
| JOHN R. THARP | LLOYD J. LUNCEFORD | BATON ROUGE, LOUISIANA 70821 | ERICK Y. MIYAGI | JOHN B. NOLAND, JR. |
| W. LUTHER WILSON | THOMAS R. PEAK | 8TH FLOOR BANK ONE CENTRE | WILLIAM E. HODGKINS | PHILLIP E. FOCO |
| GERALD L. WALTER, JR. | C. MICHAEL HART | 451 FLORIDA STREET (70801) | ANNE JORDAN CROCHET | TODD S. MANUEL |
| J. CLAYTON JOHNSON | JOHN F. McDERMOTT*† | | JAYNE L. MIDDLETON | TIMOTHY J. POCHÉ |
| G. MICHAEL PHARIS | BRETT P. FURR | TELEPHONE (225) 387-3221 | ROBERT W. BARTON | |
| EUGENE R. GROVES | M. LENORE FEENEY | FACSIMILE (225) 346-8049 | PRESTON J. CASTILLE, JR. | OF COUNSEL |
| A. MICHAEL DUFILHO | KATHLEEN C. MASON | | ELEANOR OWEN KERR | TOM F. PHILLIPS |
| W. ARTHUR ABERCROMBIE, JR. | MARC S. WHITFIELD† | PAN-AMERICAN LIFE CENTER | JOHN STEWART THARP | FRANK M. COATES, JR. |
| FREDRICK R. TULLEY | JOHN H. RUNNELS** | 601 POYDRAS STREET, SUITE 2655 | JOHN S. CAMPBELL III | WILLIAM A. NORFOLK |
| VERNON P. MIDDLETON | DAVID J. MESSINA | NEW ORLEANS, LOUISIANA 70130 | JOHN P. MURRILL | JOHN L. GLOVER |
| JAMES LEEPER ELLIS | GREGORY E. BODIN | | BONNIE J. DAVIS** | |
| JOHN MICHAEL PARKER | JAMES C. CARVER | TELEPHONE (504) 524-1956 | MARY DOUGHERTY JACKSON†† | †L.L.M. IN TAXATION |
| NANCY C. DOUGHERTY | MARGARET L. TOOKE | FACSIMILE (504) 522-1810 | ANDREE MATHERNE CULLENS | ††BOARD CERTIFIED ESTATE SPECIALIST |
| MARY E. THARP | DEBORAH E. LAMB | | BRANDON K. BLACK | *BOARD CERTIFIED TAX SPECIALIST |
| | | | | **REGISTERED PATENT ATTORNEY |

August 4, 1999

WRITER'S DIRECT DIAL NUMBER
DIRECT DIAL 225-381-0227

Clerk of Court
Nineteenth Judicial District Court
222 St. Louis Street
Baton Rouge, LA 70802

RE: Abdul Qader Mizyed
v. Argosy of Louisiana, Inc., et al
Suit Number 462,935, Division "J"

Dear Sir:

Enclosed please find a Motion for Extension of Time within which to plead on behalf of defendant, Catfish Queen Partnership in Commendam (erroneously named as Argosy of Louisiana, Inc. d/b/a The Belle of Baton Rouge Casino), which we ask be presented to the appropriate judge for signing of the order and then filing same in the suit record of the above captioned matter. A duplicate copy is enclosed so you may indicate the filing information thereon and return to our office. Our firm check is enclosed to cover filing fees.

Thank you for your assistance in this matter.

Very truly yours,

TAYLOR, PORTER, BROOKS & PHILLIPS, L.L.P.

John Michael Parker
JMP:cba
Enclosures
cc: Kevin Patrick Monahan (w/encl.)

REC'D C.P.
AUG -5 1999

CCPY(S) NOT RECEIVED
IN C/P

NINETEENTH JUDICIAL DISTRICT COURT

OF THE

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

| | | |
|---|---|---|
| ABDUL QADER MIZYED | : | NUMBER 462,935   DIVISION "J" |
| VERSUS | : | |
| ARGOSY OF LOUISIANA, INC.<br>FORMERLY D/B/A THE BELLE<br>OF BATON ROUGE CASINO; CITY<br>OF BATON ROUGE AND JOHN<br>SERVICE CORPORATION | :<br>:<br>:<br>:<br>: | <u>MOTION FOR EXTENSION OF TIME</u> |

NOW INTO COURT, through undersigned counsel, comes defendant, Catfish Queen Partnership in Commendam, (erroneously referred to in the petition as Argosy of Louisiana, Inc. formerly d/b/a The Belle of Baton Rouge Casino), who shows that it was served with Citation on August 3, 1999, and moves for an extension of time to respond of an additional fifteen (15) days, or until September 2, 1999, within which defendant may answer or otherwise plead on the grounds that counsel needs additional time for research, investigation and communication with client.

WHEREFORE, mover, Catfish Queen Partnership in Commendam, (erroneously referred to in the petition as Argosy of Louisiana, Inc. formerly d/b/a The Belle of Baton Rouge Casino, prays that it be granted until September 2, 1999, in which to file pleadings herein.

By Attorneys,

TAYLOR, PORTER, BROOKS & PHILLIPS, LLP

By _____
John Michael Parker #10321
John Stone Campbell, III #23674
451 Florida Street, Suite 800
P. O. Box 2471
Baton Rouge, LA 70821
Telephone (225) 387-3221

CERTIFIED TRUE COPY

SEP 0 1 1999

BY _____
DEPUTY CLERK

O R D E R

Considering the foregoing Motion:

IT IS ORDERED that Catfish Queen Partnership in Commendam (erroneously referred to in the petition as Argosy of Louisiana, Inc. formerly d/b/a The Belle of Baton Rouge Casino), be granted an additional fifteen (15) days, until September 2, 1999, within which to file responsive pleadings to the petition filed herein.

Baton Rouge, Louisiana, this _6th_ day of _August_, 1999.

JUDGE, 19TH JUDICIAL DISTRICT COURT

- CERTIFICATE -

I certify that a copy of the foregoing was this day mailed, postage prepaid, to Mr. Kevin Patrick Monahan, Attorney at Law, 12016 Justice Avenue, Baton Rouge, Louisiana, 70816.

Baton Rouge, Louisiana, this 4th day of August, 1999.

John Michael Parker

#21502v1 -Argosy-Mizyed - Motion Extension.wpd

- 2 -

CERTIFIED TRUE COPY
SEP 0 1 1999
BY
DEPUTY CLERK